

**Dana DeBeauvoir** *Travis County Clerk*

PO Box 149325, Austin TX 78714-9325 | **Phone:** (512) 854-9188 | **Website:** www.traviscountyclerk.org

March 20, 2015

The Honorable Jeffrey D. Kyle
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547
*DELIVERED VIA EMAIL*

RE:    Court of Appeals Number: 03-15-00091-CR
       Trial Court Case Number: C-1-CR-14-100035

Style: Christopher Hayes Leverson
       v. The State of Texas

Dear Mr. Jeffrey D. Kyle:

I am in receipt of the request for a supplemental clerk's record containing the trial court's certification of the defendant's right to appeal which is to be filed in the Third Court of Appeals on or before 02-20-2015. Unfortunately, we are unable to produce the supplemental clerk's record containing the trial court's certification of the defendant's right to appeal as no such document has been filed with the Travis County Clerk as of March 20, 2015.

Sincerely,

Dana DeBeauviour

BY: _____
       D. MARTINEZ, Deputy Clerk

**Recording, Elections, Computer Resources, Accounting, and Administration Divisions**
5501 Airport Boulevard, Austin, Texas 78751-1410

**Misdemeanor Records, Civil/Probate/Commissioners Court Minutes, and Records Management Divisions**
1000 Guadalupe, Austin, Texas 78701-2328